IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00881-MEH

JUANITA RAMIREZ, by her conservator and next friend, J.R., a minor, and
MARIA BARRAZA, by her guardian and next friend,

     Plaintiffs,

PINNOCOL ASSURANCE,

     Plaintiff-Intervenor,

v.

EZ DROP POLYPIPER COMPANY, an Arkansas corporation,
BAUGHER FARMS, INC., an Arkansas corporation,
STEVE BAUGHER, L.L.C., an Arkansas limited liability company,
STEVE BAUGHER, individually,
HOOD & COMPANY, INC., a Missouri corporation, and
STEVE HOOD, individually,

     Defendants.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2014.**

     Pinnacol Assurance's Unopposed Motion to Intervene as a Plaintiff Pursuant to Federal Rule of Civil Procedure 24(a) and (b) [filed March 27, 2014; docket # 4] is **granted**.  The Clerk of the Court is directed to add Pinnacol Assurance as a Plaintiff-Intervenor in this action.  The Court approves the proposed "Complaint in Intervention and Jury Demand of Plaintiff-Intervenor Pinnacol Assurance"; however, Plaintiff-Intervenor Pinnacol is ORDERED to file its Complaint in Intervention, signed pursuant to Fed. R. Civ. P. 11(a), with the Court **on or before March 31, 2014**, and shall serve its Complaint in accordance with the Federal Rules of Civil Procedure.