IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00881-MEH

JUANITA RAMIREZ, by her conservator and next friend, J.R., a minor, and
MARIA BARRAZA, by her guardian and next friend,

      Plaintiffs,

PINNOCOL ASSURANCE,

      Plaintiff-Intervenor,

v.

EZ DROP POLYPIPER COMPANY, an Arkansas corporation,
BAUGHER FARMS, INC., an Arkansas corporation,
STEVE BAUGHER, L.L.C., an Arkansas limited liability company,
STEVE BAUGHER, individually,
HOOD & COMPANY, INC., a Missouri corporation, and
STEVE HOOD, individually,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 21, 2014.**

      Plaintiffs' Unopposed Motion for an Extension of Time for Plaintiffs and Plaintiff Intervenor to Respond to the EZ Drop Polypiper Defendants' [sic] Motion to Dismiss for Lack of Personal Jurisdiction [filed May 20, 2014; docket # 41] and Plaintiffs' Unopposed Motion for an Extension of Time for Plaintiffs and Plaintiff Intervenor to Respond to the Hood Defendants' Motions to Dismiss for Lack of Personal Jurisdiction [filed May 20, 2014; docket # 42] are **granted**. The Plaintiffs shall file responses to the pending motions to dismiss on or before **June 2, 2014**.

      In addition, the "motions for order" filed by the Plaintiffs [dockets ## 43, 44] are simply proposed orders for the above-referenced motions and, thus, are **denied as moot**.