IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00881-WJM-MEH

J.R., a minor, by her conservator and next friend, JUANITA RAMIREZ, and by her guardian and next friend, MARIA BARRAZA,

      Plaintiffs,

PINNOCOL ASSURANCE,

      Plaintiff-Intervenor,

v.

EZ DROP POLYPIPER COMPANY, an Arkansas corporation,
BAUGHER FARMS, INC., an Arkansas corporation,
STEVE BAUGHER, L.L.C., an Arkansas limited liability company,
STEVE BAUGHER, individually,
HOOD & COMPANY, INC., a Missouri corporation, and
STEVE HOOD, individually,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2014.**

      The Joint Motion to Stay Litigation Pending Settlement Conference on October 1, 2014 [filed July 28, 2014; docket #73] is **granted** as follows. The Court will temporarily stay the proceedings of this matter until October 8, 2014.