IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00881-WJM-MEH

J.R., a minor, by her conservator and next friend, JUANITA RAMIREZ, and by her guardian and next friend, MARIA BARRAZA,

      Plaintiffs,

PINNOCOL ASSURANCE,

      Plaintiff-Intervenor,

v.

EZ DROP POLYPIPER COMPANY, an Arkansas corporation,
BAUGHER FARMS, INC., an Arkansas corporation,
STEVE BAUGHER, L.L.C., an Arkansas limited liability company,
STEVE BAUGHER, individually,
HOOD & COMPANY, INC., a Missouri corporation, and
STEVE HOOD, individually,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 1, 2014.**

      Before the Court is Defendants' Unopposed Motion Regarding Pending Motions and Stay of Litigation [filed August 1, 2014; docket #79]. The parties seek to clarify whether the temporary stay, imposed in this case on July 29, 2014, applies to briefing pending motions as well. The Court **grants** the motion and confirms that all proceedings, including briefing on any pending motions, is stayed until October 8, 2014.