**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0881-WJM-MEH

JUANITA RAMIREZ, by her conservator, and next friend J.R., a minor, and
MARIA BARRAZA, and by her guardian and next friend,

    Plaintiffs,

v.

EZ DROP POLYPIPER COMPANY, an Arkansas corporation,
BAUGHER FARMS, INC., an Arkansas corporation,
STEVE BAUGHER, LLC, an Arkansas limited liability company,
STEVE BAUGHER, individually,
HOOD & COMPANY, INC., a Missouri corporation, and
STEVE HOOD,

    Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

On March 26, 2014, Plaintiffs Juanita Ramirez and Maria Barraza filed this action against Defendants EZ Drop Polypiper Company, Baugher Farms, Inc., Steve Baugher, LLC, Steve Baugher, Hood & Company, and Steve Hood arising out of the death of Andres Ramirez. (ECF No. 1.) Defendants filed a number of dispositive motions[1], but the briefing on those motions was stayed pending the outcome of settlement conference with U.S. Magistrate Judge Michael E. Hegarty on October 2, 2014. (*See* ECF Nos. 37, 38, 39, 75, 78, 81.) At the October 2, 2014 settlement conference, the parties settled all claims brought by Plaintiffs, but Judge Hegarty declined to set a deadline for filing dismissal papers because the probate court must approve the settlement. (ECF No.

---

[1] These motions remain pending but do not require any ruling at this time, given the parties' settlement of all claims in this case.

84.) More than three months have passed, and there is no indication as to when the probate court will act. No dismissal papers have been filed to date.

Given the above, it appears there is no live dispute regarding the merits of the claims at issue in this case, and that the case is simply awaiting approval of the settlement by the probate court. Thus, pursuant to local rule D.C.COLO.LCivR 41.2, the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. The Parties may by motion seek leave to reopen this case after the probate court has approved the pending settlement, or for any other good cause shown.

Dated this 14th day of January, 2015.

BY THE COURT:

William J. Martinez
United States District Judge