**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0881-WJM-MEH

J.R., a Minor, by her Conservatory, and Next Friend,
JUANITA RAMIREZ, and by her Guardian and Next Friend, MARIA BARRAZA,

    Plaintiff,

v.

PINNACOL ASSURANCE,

    Plaintiff-Intervenor,

v.

EZ DROP POLYPIPER COMPANY, an Arkansas corporation,
BAUGHER FARMS, INC., an Arkansas corporation,
STEVE BAUGHER, LLC, an Arkansas Limited Liability Company,
STEVE BAUGHER,
HOOD & COMPANY, INC., a Missouri corporation, and
STEVE HOOD

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulation of Dismissal, filed January 15, 2015 (ECF No. 86). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulation of Dismissal is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his, her or its own attorney's fees and costs.

Dated this 22nd day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge